_____

| | |
|---|---|
| DAVID SKOLTE, | Civil No. 08-6054 (JRT/AJB) |
| Plaintiff, | |
| v. | |
| LIFE INSURANCE COMPANY OF NORTH AMERICA, | **ORDER FOR DISMISSAL WITH PREJUDICE** |
| Defendant. | |

_____

William Marshall, **MIDWEST DISABILITY, PLLP**, 408 Northdale Boulevard NW, Coon Rapids, MN 55448, for plaintiff.

Peter Crema, Jr., **HINSHAW & CULBERTSON LLP,** 333 South Seventh Street, Suite 2000, Minneapolis, MN 55402**,** for defendant.

Based upon the Stipulation for Dismissal with Prejudice filed by the parties on August 21, 2009 [Docket No. 9], and upon all of the files, records and proceedings herein,

**IT IS HEREBY ORDERED** that judgment shall be entered dismissing the Complaint on its merits with prejudice and without costs, disbursements or attorneys' fees to any party.

LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED: August 24, 2009
at Minneapolis, Minnesota.

                                                                               s/John R. Tunheim
                                                                               JOHN R. TUNHEIM
                                                            United States District Judge